IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. 2:13-cv-3263

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1.  Female Plaintiff

    Elizabeth Hutchinson

2.  Plaintiff Husband

    John F Hutchinson, Jr

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Not applicable.

4.  State of Residence

    Delaware

5.  District Court and Division in which action is to be filed upon transfer from the MDL.

    USDC – Eastern District of Pennsylvania.

6.  Defendants (Check Defendants against whom Complaint is made):

    ☑   A. C. R. Bard, Inc. ("Bard")

    ☐   B. Sofradim Production SAS ("Sofradim")

Revised: 1/4/13

- [ ] C. Tissue Science Laboratories Limited ("TSL")
- [ ] D. Ethicon, Inc.
- [ ] E. Ethicon, LLC
- [ ] F. Johnson & Johnson
- [ ] G. American Medical Systems, Inc. ("AMS")
- [ ] H. American Medical Systems Holdings, Inc. ("AMS Holdings")
- [ ] I. Endo Pharmaceuticals, Inc.
- [ ] J. Endo Health Solutions Inc. (f/k/a Endo Pharmaceutical Holdings, Inc.)
- [x] K. Boston Scientific Corporation
- [ ] L. Mentor Worldwide LLC
- [ ] M. Coloplast A/S
- [ ] N. Coloplast Corp.
- [ ] O. Coloplast Manufacturing US, LLC
- [ ] P. Porges S.A.

7. Basis of Jurisdiction

    - [x] Diversity of Citizenship

8.

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    2, 3, 4, 5, 6, 7 and 8.

b. Other allegations of jurisdiction and venue

Defendants Bard and Boston Scientific Corporation has significant contracts and regularly conducts business in Pennsylvania specifically within the Eastern District of Pennsylvania.

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ A. The Align Urethral Support System;
- ☐ B. The Align TO Urethral Support System;
- ☐ C. The Avaulta Anterior BioSynthetic Support System;
- ☐ D. The Avaulta Posterior BioSynthetic Support System;
- ☐ E. The Avaulta Plus Anterior Support System;
- ☐ F. The Avaulta Plus Posterior Biosynthetic Support System;
- ☑ G. The Avaulta Solo Anterior Synthetic Support System;
- ☐ H. The Avaulta Solo Posterior Synthetic Support System;
- ☐ I. The InnerLace BioUrethral Support System;
- ☐ J. The Pelvicol Acellular Collagen Matrix;
- ☐ K. The PelviLace BioUrethral Support System;
- ☐ L. The PelviLace TO Trans-obturator BioUrethral Support System;
- ☐ M. The PelviSoft Acellular Collagen BioMesh;
- ☐ N. The Pelvitex Polypropylene Mesh;
- ☐ O. The Uretex SUP Purbourethral Sling;
- ☐ P. The Uretex TO Trans-obturator Urethral Support System;
- ☐ Q. The Uretex TO2 Trans-obturator Urethral Support System; and
- ☐ R. The Uretex TO3 Trans-obturator Urethral Support System.

      ☑    S. Other

            Polyform Synthetic Mesh

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

    ☐    A. The Align Urethral Support System;

    ☐    B. The Align TO Urethral Support System;

    ☐    C. The Avaulta Anterior BioSynthetic Support System;

    ☐    D. The Avaulta Posterior BioSynthetic Support System;

    ☐    E. The Avaulta Plus Anterior Support System;

    ☐    F. The Avaulta Plus Posterior Biosynthetic Support System;

    ☑    G. The Avaulta Solo Anterior Synthetic Support System;

    ☐    H. The Avaulta Solo Posterior Synthetic Support System;

    ☐    I. The InnerLace BioUrethral Support System;

    ☐    J. The Pelvicol Acellular Collagen Matrix;

    ☐    K. The PelviLace BioUrethral Support System;

    ☐    L. The PelviLace TO Trans-obturator BioUrethral Support System;

    ☐    M. The PelviSoft Acellular Collagen BioMesh;

    ☐    N. The Pelvitex Polypropylene Mesh;

    ☐    O. The Uretex SUP Purbourethral Sling;

    ☐    P. The Uretex TO Trans-obturator Urethral Support System;

    ☐    Q. The Uretex TO2 Trans-obturator Urethral Support System; and

    ☐    R. The Uretex TO3 Trans-obturator Urethral Support System.

☑   S. Other

Polyform Synthetic Mesh

11. Date of Implantation as to Each Product

11/21/2008

12. Hospital(s) where Plaintiff was implanted (including City and State)

Christiana Hospital

Newark, DE

13. Implanting Surgeon(s)

Babak Vakili, MD

14. Counts in the Master Complaint brought by Plaintiff(s)

☑   Count I

☑   Count II

☑   Count III

☑   Count IV

☑   Count V

☑   Count VI

☑   Count VII (by the Husband)

☑   Count VIII

☐   Other _____ (please state the facts supporting this Count in the space, immediately below)

☐   Other _____ (please state the facts supporting this Count in the space, immediately below)

5

_____

_____

_____

_____

_____

_____

_____

*[signature]*
Attorneys for Plaintiff
Thomas R Kline, Esquire/28895

Address and bar information:

Lee B Balefsky, Esquire/25321

KLINE & SPECTER
A Professional Corporation              Michelle L Tiger, Esquire/43872
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
(215) 772-1000 (phone)
(215) 735-0960 (fax)
lee.balefsky@klinespecter.com
michelle.tiger@klinespecter.com