IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH HUTCHINSON, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 20-1084-RGA |
| | : | |
| BOSTON SCIENTIFIC CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated September 25 , 2020 (D.I. 43; D.I. 44);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiffs.

    /s/ Richard G. Andrews
United States District Judge

Dated: September 25, 2020

    /s/ N. Selmyer
(By) Deputy Clerk